IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER WILLIAMS, | No. 2:24-cv-01747-JHC |
| Plaintiff, | |
| v. | ORDER |
| SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., | |
| Defendant. | |

Before the Court is the parties' Stipulated Motion to Continue Pretrial Deadlines. Dkt. # 13. Because the motion seeks to reduce the time for the Court to rule on dispositive and expert witness motions before trial, it is DENIED without prejudice. The parties may file another motion to continue, which does not seek such a reduction in time, and which may include a request for a trial continuance.

DATED this 18th day of August, 2025.

John H. Chun
United States District Judge

ORDER - 1
(Case No. 2:24-cv-01747-JHC)