IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,<br><br>  Defendant. | No. 2:24-cv-01747-JHC<br><br>ORDER RE: STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES<br><br>[CLERK'S ACTION REQUIRED] |

    Before the Court is the parties' Stipulated Motion to Continue Trial Date and Pretrial Deadlines. Dkt. # 15. As requested, the Court CONTINUES trial in this matter to June 15, 2026. And the Court DIRECTS the Clerk to issue an order that sets pretrial deadlines in accordance with the Court's standard pretrial schedule.

    DATED this 21st day of August, 2025.

*/s/ John H. Chun*
John H. Chun
United States District Judge

ORDER RE: STIPULATED MOTION TO CONTINUE TRIAL
DATE AND PRETRIAL DEADLINES - 1
(Case No. 2:24-cv-01747-JHC)