UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER WILLIAMS,<br><br>                    Plaintiff,<br><br>   v.<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,<br><br>                    Defendant. | NO. 2:24-CV-01747-JHC<br><br>ORDER GRANTING MOTION TO DISMISS |

This matter comes before the Court on the Stipulated Motion for Order of Dismissal With Prejudice signed by Counsel for Plaintiff Christopher Williams and Counsel for Defendant Sedgwick Claims Management Services, Inc., Dkt. # 19. It is ORDERED that the Motion for Order of Dismissal With Prejudice is GRANTED without an award of fees or costs to either party. This matter is DISMISSED with prejudice.

DATED this 9th day of December, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR ORDER OF
DISMISSAL WITH PREJUDICE - 1 of 1
(2:24-CV-0174)